The CHESAPEAKE & OHIO RAILWAY COMPANY, Defendant-Appellant, v. John Thomas TOWELL, Plaintiff-Appellee.

The CHESAPEAKE & OHIO RAILWAY COMPANY, Defendant-Appellant, v. Harry H. KELLY, Plaintiff-Appellee.

Nos. 7695, 7696.

Circuit Court of Appeals, Sixth Circuit.

Nov. 3, 1937.

Wilson & Rector, of Columbus, Ohio, and Tolles, Hogsett & Ginn, of Cleveland, Ohio, for appellant.

Fuerst & Brown, of Cleveland, Ohio, for appellees.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

Upon application and stipulation made by the parties and for cause shown: It is ordered that the appeals in the above consolidated cause are hereby dismissed at appellant's costs.

Appeal dismissed.